**Electronically Filed
Supreme Court
SCAD-20-0000073
28-JUN-2021
12:00 PM
Dkt. 23 ORD**

SCAD-20-0000073

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE: WESLEY Y.S. CHANG (Deceased)
Bar. No. 1292

_____

ORIGINAL PROCEEDING
(ODC #18-0249)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the report, submitted on June 24, 2021 by Bradley Tamm of the Office of Disciplinary Counsel (ODC), as Trustee, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), over the solo legal practice of deceased attorney Wesley Y.S. Chang, and the record in this matter, we conclude that nothing further remains for Trustee Tamm to do in this trusteeship, and that the remaining funds in Chang's former client trust account at Bank of Hawaii, ending in x4207, will, on June 18, 2023, be ripe for a motion that they be declared abandoned and to escheat to the state, pursuant to HRS Ch. 523A.  Therefore,

IT IS HEREBY ORDERED that the final report is approved, and that Tamm is discharged from his duties as Trustee in this matter.

IT IS FURTHER ORDERED that the Trustee Administrator at ODC shall hold the funds in the Bank of Hawaii account x4207 until June 18, 2023, at which time this court will entertain a motion that any remaining funds therein be declared abandoned and that they escheat to the state.

DATED: Honolulu, Hawaiʻi, June 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins